NUMBER 13-03-325-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

_______________________________________________________________

EUGENIO VILLARREAL , Appellant,



v.



THE STATE OF TEXAS, Appellee.

_______________________________________________________________


On appeal from the 117th District Court 

of Nueces County, Texas.

_______________________________________________________________



MEMORANDUM OPINION


Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam


 Appellant, EUGENIO VILLARREAL , perfected an appeal from a judgment entered by the 117th District
Court of Nueces County, Texas, in cause number 00-CR-3675-R . Appellant has filed a motion to dismiss the
appeal. The motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the
opinion that appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the
appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 14th day of August, 2003 .